IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR395 |
| | ) | |
| v. | ) | |
| | ) | |
| WADE TRAMPE, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue trial (Filing No. 29). Subject to the filing of a written waiver of speedy trial,

      IT IS ORDERED that trial is scheduled for:

**Monday, April 26, 2010, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The continuance will give the parties time to pursue plea negotiations or prepare for trial, and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 15, 2010, and April 26, 2010, shall be deemed excludable time in any computation of time under the

requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court