IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR395 |
| | ) | |
| v. | ) | |
| | ) | |
| WADE TRAMPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing before the Court,

IT IS ORDERED that all pending motions are denied as moot.

DATED this 20th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court