UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR395 |
| | ) | |
| v. | ) | |
| | ) | |
| WADE TRAMPE, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion for Final Order of

Forfeiture (Filing No. 68).  The Court has reviewed the record in this case and finds as follows:

1.  On May 4, 2010, the Court entered a Preliminary Order of Forfeiture pursuant

to the provisions of Title 18, United States Code, Sections 922(g)(8), 924(d) and Title 28, United

States Code, 2461(c) based upon the defendant's plea of guilty to Counts I and II of the

Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest

in a  Ruger 10/22 .22 caliber rifle, serial number 255-16572 was forfeited to the United States.

2.  Notice of Criminal Forfeiture was posted on an official internet government

forfeiture site,  www.forfeiture.gov for at least thirty consecutive days, beginning on May 18,

2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 9,

2010 (Filing No.  67).

3.  The Court has been advised by the United States no Petitions have been filed.

From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Ruger 10/22 .22 caliber rifle, serial number 255-16572, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Ruger 10/22 .22 caliber rifle, serial number 255-16572, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court